UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLANTE FOSTER,<br><br>Defendant. | CASE NO. 3:25 cr 045<br><br>JUDGE THOMAS M. ROSE<br><br>INDICTMENT<br><br>18 U.S.C. § 641<br>18 U.S.C. § 1344<br>18 U.S.C. § 1957 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**[18 U.S.C. § 641]**
**(Theft of Government Money)**

On or about May 16, 2024, in the Southern District of Ohio, defendant **ALLANTE FOSTER**, willfully and knowingly stole and converted to his own use or the use of another, money of the United States in the amount of $101,046.88, that is, a check issued by the United States Treasury to "Company #1", in violation of 18 U.S.C. § 641.

<u>**COUNT 2**</u>
**[18 U.S.C. § 1344]**
**(Bank Fraud)**

I. INTRODUCTION

At all times relevant to this Indictment:

1. Defendant **ALLANTE FOSTER** operated the fraud scheme described below in the Southern District of Ohio. Throughout this same time, defendant **ALLANTE FOSTER** had created a business, "MARRIED TO THE GAME, LLC", for which he obtained an Employee

Identification Number ("EIN") with the Internal Revenue Service in November 2023, which he registered with the Ohio Secretary of State in November 2023, and for which he opened business bank accounts at General Electric Credit Union in February 2024.

2. General Electric Credit Union is a financial institution, the deposits of which were insured by the National Credit Union Administration.

II. THE SCHEME AND ITS OBJECTS

3. Beginning on an exact date unknown, but at least by in or around 2024, and continuing through in or around May 28, 2024, in the Southern District of Ohio, defendant **ALLANTE FOSTER**, acting with intent to defraud, did knowingly and intentionally devise, execute, and participate in a scheme to defraud General Electric Credit Union and to obtain money and property owned by and under the custody and control of General Electric Credit Union, by means of materially false and fraudulent pretenses, representations, and promises, and the non-disclosure and concealment of material facts, in violation of Title 18, United States Code, Section 1344, the federal bank fraud statute.

III. THE MANNER AND MEANS

4. Defendant **ALLANTE FOSTER** obtained a stolen check issued by the United States Treasury in the amount of $101,046.88. For reasons detailed below, **ALLANTE FOSTER** knew that the check had been stolen and altered to falsely reflect the name of a business that he controlled and owned.

5. In and around May 7, 2024, the Treasury Department issued a U.S. Treasury check Number ending in 1762 to "Company #1" for a refund in its overpayment of employee taxes from 2020. The original check listed "Company #1's" business address in Texas. On the check that **ALLANTE FOSTER** possessed, the payee information had been altered to reflect "MARRIED

2

TO THE GAME LLC" with an address matching **ALLANTE FOSTER's** business address in Cincinnati Ohio. However, the U.S. Treasury check number remained the same, *i.e.,* ending in 1762. The notation on the U.S. Treasury check still indicated that the check was payment for overpayment of employee taxes from 2020.

6. **ALLANTE FOSTER** knew that the check was false and fraudulent because MARRIED TO THE GAME LLC did not have an EIN in 2020, and MARRIED TO THE GAME LLC did not remit any payroll or employment taxes to the Treasury Department.

7. On May 16, 2024, **ALLANTE FOSTER** took the stolen and altered U.S. Treasury check to General Electric Credit Union where **ALLANTE FOSTER** falsely and fraudulently deposited the stolen and altered U.S. Treasury check into his MARRIED TO THE GAME LLC business checking account. During **ALLANTE FOSTER's** interaction with the General Electric Credit Union employee, **ALLANTE FOSTER** falsely and fraudulently represented that the check was for his business.

7. In this manner, defendant **ALLANTE FOSTER** caused, and intended to cause, $101,047.88 in loss to General Electric Credit Union.

In violation of 18 U.S.C. § 1344(2).

## COUNTS 3-5
## [18 U.S.C. § 1957]
## (Monetary Transactions in Property Derived From Specified Unlawful Activity)

On or about May 20, 2024, in the Southern District of Ohio, defendant **ALLANTE FOSTER** did knowingly engage in a monetary transaction in criminally derived property of a value greater than $10,000, and which in fact was derived from specified unlawful activity, namely the defendant made a withdrawal in cash as described in the below chart from a business bank account belonging to defendant at General Electric Credit Union; the withdrawal was made from

funds defendant had previously deposited by means of a fraudulent U.S. Treasury check in the amount of $101,046.88, which funds in fact were derived through theft of government money and bank fraud as charged in Counts 1 and 2 of this Indictment.

| COUNT | DATE | AMOUNT OF WITHDRAWAL |
|---|---|---|
| 4 | May 20, 2024 | $30,000 |
| 5 | May 20, 2024 | $32,000 |
| 6 | May 20, 2024 | $30,000 |

All in violation of 18 U.S.C. § 1957.

A TRUE BILL

S/
FOREPERSON

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

AMY M. SMITH (0081712)
Assistant United States Attorney

4